UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DIVERSIFIED AIR SYSTEMS, INC.,     Plaintiff,

v.     Civil Action No. 3:23-cv-173-DJH-RSE

WESTFIELD INSURANCE CO.
and STATE AUTO PROPERTY &
CASUALTY INSURANCE CO.,     Defendants.

\* \* \* \* \*

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of Defendants Westfield Insurance Co. and State Auto Property & Casualty Insurance Co. with respect to all claims asserted in this matter by Plaintiff Diversified Air Systems, Inc.

(2)    This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3)    This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

March 12, 2025

David J. Hale, Judge
United States District Court

1